UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL ORTIZ, :
        Plaintiff, :
         :
        v. :    No. 5:16-cv-06703
         :
CEDAR CREST COLLEGE, :
        Defendants. :

**O R D E R**

**AND NOW**, this 18th day of December, 2017, upon consideration of the Motion for Summary Judgment and of the briefs filed in response thereto, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's request to strike the response in opposition to the summary judgment motion is **DENIED**.

2. Defendant's Motion for Summary Judgment, ECF No. 31, is **GRANTED**.

3. Judgment is **ENTERED** in favor of Defendant and against Plaintiff on all claims.

4. The case is **CLOSED**.

                                  BY THE COURT:

                                  */s/ Joseph F. Leeson, Jr.*
                                  JOSEPH F. LEESON, JR.
                                  United States District Judge