UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

MICHAEL ORTIZ,                                    :
        Plaintiff,                          :
                                             :
        v.                                   :      No. 5:16-cv-06703
                                             :
CEDAR CREST COLLEGE,                              :
        Defendants.                         :

---

# **O R D E R**

**AND NOW**, this 12th day of January, 2018, for the reasons set forth in the Opinion issued

this date, **IT IS HEREBY ORDERED THAT**: Ortiz's Motion for Reconsideration, ECF No.

44, is **DENIED**.


BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge